Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Joseph L. Ryan Bar no. 301375
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Petitioner*
ISAIAH DOMINIC HALE

United States District Court
Eastern District of California

| | |
|---|---|
| ISAIAH DOMINIC HALE,<br><br>*Petitioner*,<br>vs.<br><br>DEBBIE ASUNCION, Warden, California State Prison, Los Angeles County,<br><br>*Respondent*.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>*Real Party in Interest*. | No. 2:18-cv-01924-JAM-EFB<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM |

**[PROPOSED] ORDER GRANTING EXTENSION OF
TIME TO FILE TRAVERSE AND REPLY MEMORANDUM**

Good cause appearing, petitioner's request for 31-day extension of time to file his traverse and reply memorandum is granted. The deadline for filing is extended to and including, December 10, 2018.

Dated: November 14, 2018 .

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE