ORIGINAL                                                                ORIGINAL

Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Joseph L. Ryan Bar no. 301375
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Petitioner*
ISAIAH DOMINIC HALE

# United States District Court
Eastern District of California

| | |
|---|---|
| ISAIAH DOMINIC HALE,<br><br>      *Petitioner*,<br>  vs.<br><br>DEBBIE ASUNCION, Warden, California State Prison, Los Angeles County,<br><br>      *Respondent*.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>      *Real Party in Interest*. | No. 2:18-cv-01924-JAM-EFB<br><br>[~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM |

## [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM

Good cause appearing, petitioner's request for 30-day extension of time to file his traverse and reply memorandum is granted. The deadline for filing is extended to and including, January 9, 2019.

Dated: December 6, 2018 _____.

*Edmund F. Brennan*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE